No. 14,078.

People ex rel. Rogers, Attorney General v. Northcutt, Administrator.
(72 P. [2d] 1119)

Decided October 18, 1937.

Judgment affirmed in department without written opinion. Mr. Chief Justice Burke, Mr. Justice Bouck, Mr. Justice Young and Mr. Justice Knous participating.

Mr. Byron G. Rogers, Attorney General, Mr. C. E. Sydner, Assistant, Mr. George Hetherington, Assistant, for plaintiff in error.

Mr. Forrest C. Northcutt, for defendant in error.

Mr. Eugene D. Millikin, amicus curiae.